**MENDEZ & SANCHEZ, A.P.C.**
MICHAEL A. SANCHEZ, ESQ. (SBN: 303005)
*msanchez@mswlegal.com*
GIANCARLO MENDEZ, ESQ. (SBN: 306961)
*gmendez@mswlegal.com*
5440 E. Beverly Blvd.
Los Angeles, California 90022-2208
Telephone No.: (323) 838-1444
Facsimile No.: (323) 838-1226

Attorneys for Plaintiff,
MERCEDES MONTANEZ

**Electronically FILED by Superior Court of California, County of Los Angeles 10/02/2024 10:39 PM David W. Slayton, Executive Officer/Clerk of Court, By T. Tang, Deputy Clerk**

**MENDEZ & SANCHEZ, A.P.C.**
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ◆ FAX (323) 838-1226

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES—NORWALK COURTHOUSE**

MERCEDES MONTANEZ, an individual,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION, a corporation; and DOES 1 to 100, inclusive,

Defendants,

CASE NO.: 24NWCV03457

**COMPLAINT FOR:**

1. **NEGLIGENCE (Premise Liability)**

**DEMAND FOR JURY TRIAL**

COMES NOW Plaintiff MERCEDES MONTANEZ, an individual, for cause of action against Defendants COSTCO WHOLESALE CORPORATION, a corporation; and DOES 1 to 100, inclusive:

**<u>GENERAL ALLEGATIONS</u>**

1. Plaintiff MERCEDES MONTANEZ (hereinafter, "Plaintiff" or "Plaintiff MONTANEZ"), is, and at all times mentioned herein was a resident of the County of Los Angeles, State of California.

2. Defendant COSTCO WHOLESALE CORPORATION, is, and at all times mentioned herein was a corporation organized in the State of Washington, registered with the California Secretary of State with principal address located at 999 Lake Drive, Issaquah, WA 98027

and conducting business in the County of Los Angeles at 340 Faculty Avenue, Lakewood, CA 90712.

3. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants DOES 1 to 100, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of court to amend this complaint when the true names and capacities have been ascertained. Plaintiff is informed and believes and thereon alleges that each of said Defendants is responsible in some manner for the events and happenings herein referred to and negligently caused injuries and damages to Plaintiff as hereinafter alleged.

4. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendants, and each of them, were residents of the County of Los Angeles, State of California.

5. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of the Defendants was the agent, servant, joint venturers, and employee of each of the remaining Defendants, and in doing the acts hereinafter alleged was acting within the course and scope of said agency, service, venture, and/or employment.

6. Prior to the filing of the initial Complaint, a period of less than two (2) calendar years had not yet elapsed after Plaintiff first learned, or had reasonable opportunity to learn, of the facts that the injuries and damages suffered and complained herein were the result of the acts or omissions to act on the part of the Defendants, and each of them. That further, prior to the filing of the instant Complaint, the Defendants, and each of them knew or should have known of their own acts or omissions to act on the part of the Defendants, and each of them and the relationship between said conduct and the harm incurred by the Plaintiff and failed to disclose those acts and circumstances to Plaintiff prior to Plaintiff having reasonable opportunity to learn of said conduct.

7. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendants COSTCO WHOLESALE CORPORATION, and DOES 1 to 100, inclusive, owned, leased, managed, possessed, maintained, occupied and controlled certain real property located at 340 Faculty Avenue, Lakewood, CA 90712 ("Subject Premises").

///

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ♦ FAX (323) 838-1226

**VENUE**

8. Venue is proper because the place of injury and loss occurred in the City of Lakewood, which is within the County of Los Angeles, in the Norwalk Courthouse jurisdiction. Venue is proper because this is a civil action wherein the matter in controversy, exclusive of interests and costs, exceeds the jurisdictional minimum of the Court.

///

**FIRST CAUSE OF ACTION**

**(Negligence – Premise Liability Against All Defendants)**

9. Plaintiff incorporates herein all allegations of the paragraphs above as though fully set forth herein.

10. On or about December 19, 2023, Plaintiff MONTANEZ, a customer of Defendants and each of them, was lawfully and legally at the Subject Premises during regular business hours for the purpose of purchasing products sold by Defendants to the general public.

11. As Plaintiff MONTANEZ was lawfully walking through the fruit aisle of the Subject Premises shopping for groceries, suddenly and without warning, she stepped on a clear puddle of liquid that had accumulated and been left unattended on the floor—a dangerous condition—causing her to slip and slam into the ground with the full force of her body ("Subject Incident").

12. As a result of the Subject Incident, Plaintiff MONTANEZ suffered severe bodily injuries.

13. At the time of the Subject Incident, the Subject Premises had no warning of such dangerous condition, and because there was no visual indicator of such dangerous condition, Plaintiff MONTANTEZ never saw it prior to slipping and falling.

14. The area of the Subject Premises where Plaintiff MONTANEZ slipped and fell was owned, leased, managed, possessed, maintained, occupied and controlled by Defendants, and each of them.

15. The above referenced floor area created an unreasonable risk of harm and constituted a dangerous condition at the Subject Premises.

16. Plaintiff is informed and believes and thereon alleges that at all times herein

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ♦ FAX (323) 838-1226

mentioned, Defendants and each of them, had a legal duty to use reasonable care to keep the Subject Premises in a reasonably safe condition, and that Defendants, and each of them, breached said legal duty of care by 1) creating a dangerous condition by allowing a clear puddle of water, a slipping hazard, to accumulate on the floor and in an area where Defendants and each of them knew or reasonably should have known, their customers would walk; 2) failing to remedy, repair, replace, protect against harm, or give adequate warning of a known dangerous condition, and/or to use reasonable care to discover a dangerous condition, and 3) failing to remedy, repair, replace, protect against harm, or give adequate warning of said dangerous condition.

17. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, that the aforementioned dangerous condition(s) was not open or obvious, and at no time herein mentioned did Plaintiff assume the risk of encountering the condition.

18. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, Defendants' and each of their breach of their legal duties, as stated above, constituted negligence in the use and/or maintenance of the Subject Premises, and that said negligence was a substantial factor in causing Plaintiff's serious physical injuries and damages.

19. Defendants', and each of their negligence, as stated above, actually and proximately caused severe bodily injury and harm to Plaintiff, resulting in physical injuries to Plaintiff's head, neck, back, shoulders, and arms; resulting in medical special damages, loss of income and earning capacity, general damages and other damages to be proven at trial, in excess of the jurisdictional minimum of this court.

20. As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff was compelled to and did employ the services of hospitals, physicians, surgeons, nurses and the like to care for and treat her, and did incur hospital, medical, professional and incidental expenses, and Plaintiff is informed and believes, and thereupon alleges, that by reason of her injuries, Plaintiff will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of which expenses will be stated according to proof, pursuant to *Code of Civil Procedure*, Section 425.10.

21. As a direct and proximate result of the conduct of Defendants, and each of them,

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ♦ FAX (323) 838-1226

Plaintiff sustained severe injuries, including but not limited to lost earnings and earning capacity, physical injuries, severe emotional and mental distress, post-traumatic stress, fear, anxiety, humiliation, grief, and embarrassment. The exact amount of such damage is unknown at this time, to be determined at the time of trial.

22. As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff was grievously and permanently injured in regard to Plaintiff's health, strength and activity, sustaining injuries to her body and shock and injury to her nervous system and person, all of which said injuries have caused and continue to cause Plaintiff great physical, mental and emotional pain and suffering. Plaintiff is informed and believes, and thereupon alleges, that said injuries will result in permanent and degenerative disabilities to Plaintiff, all to Plaintiff's general damage in an amount which will be stated according to proof at the trial in this case.

23. As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff is informed and believes, and thereupon alleges, that Plaintiff had a physical or emotional condition that was made worse by Defendants', and each of their wrongful conduct, and that as a result of such wrongful conduct, Plaintiff is entitled to an award of damages that will reasonable and fairly compensate Plaintiff for the effect on that condition.

24. As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff is informed and believes, and thereupon alleges, that Plaintiff was more susceptible to injury than a normally healthy person prior to Defendants' and each of their wrongful conduct as complained herein, and as a result of Plaintiff's pre-existing increased susceptibility, Plaintiff was injured as a proximate result of Defendants' and each of their wrongful conduct, even if a normally health person would not have suffered similar injury.

///

///

///

///

///

///

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ♦ FAX (323) 838-1226

## PRAYER FOR RELIEF

**WHEREFORE PLAINTIFF PRAYS** for judgment against Defendants, and each of them, as follows:

1. For past and future special damages;
2. For past and future general damages;
3. For pre and post judgement interest allowable by law;
4. For costs of suit incurred herein;
5. For such other and further relief as the court may deem just and proper.

Dated: October 03, 2024

**MENDEZ & SANCHEZ, A.P.C.**

BY: ______________________

MICHAEL A. SANCHEZ, ESQ.
GIANCARLO MENDEZ, ESQ.
Attorney for Plaintiff,
MERCEDES MONTANEZ

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ♦ FAX (323) 838-1226

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands, as a matter of right, trial by jury in this case on all causes of action.

Dated: October 03, 2024

**MENDEZ & SANCHEZ, A.P.C.**

BY: ______________________

MICHAEL A. SANCHEZ, ESQ.
GIANCARLO MENDEZ, ESQ.
Attorney for Plaintiff,
MERCEDES MONTANEZ

MENDEZ & SANCHEZ, A.P.C.
Attorneys at Law
5440 E. BEVERLY BLVD.
LOS ANGELES, CALIFORNIA 90022-2208
TELEPHONE (323) 838-1444 ♦ FAX (323) 838-1226